**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7691**

───────────

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

    versus

DANNY GENE MCBRIDE,

                                Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Chief District Judge. (CR-90-263-G, CR-90-264-G, CR-90-265-G, CA-97-575-6)

───────────

Submitted: May 25, 2000                Decided: June 2, 2000

───────────

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Danny Gene McBride, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danny Gene McBride seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. McBride, Nos. CR-90-263-G; CR-90-264-G; CR-90-265-G; CA-97-575-6 (M.D.N.C. Nov. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2